CHET A. KRONENBERG (SBN: 222335)
ckronenberg@stblaw.com
ERICA SEDLER (SBN 272250)
erica.sedler@stblaw.com
DYLAN MEIER (SBN: 334939)
dylan.meier@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

*Attorneys for Third-Party Defendants The Phoenix Insurance Company and Travelers Property Casualty Company of America*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

REGENT INSURANCE COMPANY, GENERAL CASUALTY COMPANY OF WISCONSIN,

Plaintiffs/ Counterclaim Defendants,

vs.

CAMBRIA ENTERPRISES, CAMBRIA ENTERPRISES LLC, CAMBRIA COMPANY LLC

Defendants / Counterclaim Plaintiffs.

---

CAMBRIA ENTERPRISES LLC and CAMBRIA COMPANY LLC,

Third-Party Plaintiffs

vs.

THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ZURICH AMERICAN INSURANCE COMPANY, NAVIGATORS INSURANCE COMPANY, NATIONAL SURETY CORPORATION, GREAT AMERICAN INSURANCE COMPANY

Third-Party Defendants.

Case No. 2:25-cv-04142-MRA-MAA

**INSURERS' NOTICE OF MOTIONS AND MOTIONS FOR JUDGMENT ON THE PLEADINGS**

Judge: Hon. Mónica Ramírez Almadani

Date: October 20, 2025
Time: 1:30 p.m.
Place: Courtroom 9B

[Filed concurrently herewith: Joint Memorandum in Support of Insurers' Motions for Judgment on the Pleadings; Joint Appendix in Support of Insurers' Motions for Judgment on the Pleadings; Joint Request for Judicial Notice in Support of Insurers' Motions for Judgment on the Pleadings; Insurers' Separate Memoranda; Insurers' Declarations; and [Proposed] Order]

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on October 20, 2025, at 1:30 p.m., or as soon thereafter as may be heard, before the Honorable Mónica Ramírez Almadani, United States District Judge, in the Ronald Reagan Federal Building, Courtroom 9B, located at 411 W. Fourth Street, Santa Ana, California 92701, Plaintiffs and Counterclaim Defendants Regent Insurance Company and General Casualty Company of Wisconsin (together, "Plaintiff Insurers"), and Third-Party Defendants The Phoenix Insurance Company, Travelers Property Casualty Company Of America, Zurich American Insurance Company, Navigators Insurance Company, National Surety Corporation, and Great American Insurance Company ("Third-Party Defendant Insurers" and, together with Plaintiff Insurers, "Insurers") will, and hereby do, move the Court for an order granting judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure ("Motions").

Insurers seek an entry of judgment in their favor and dismissal of Cambria Enterprises, Cambria Enterprises LLC, and Cambria Company LLC's Counterclaim against Plaintiff Insurers and of Cambria Enterprises LLC and Cambria Company LLC's Third-Party Complaint against Third-Party Defendant Insurers on the grounds that silica exclusions in Insurers' policies at issue preclude coverage for asserted claims.

Insurers' Motions are based upon this Notice of Motions, Joint Memorandum of Points and Authorities in Support of Insurers' Motions, Insurers' separate memoranda of points and authorities in support of Insurers' Motions, Joint Appendix in Support of Insurers' Motions (which provides citations to allegations in all underlying complaints), Joint Request for Judicial Notice in Support of Insurers' Motions (which attaches copies of the complaints in the underlying actions and the complaint in the related case, *Pacific Shore Stones, LLC et al. v. Allied Property & Casualty Company, et. al.*, Case No. 2:25-cv-04370, and incorporates declarations from each Insurer attaching copies of its certified and authenticated policies), the

Proposed Order, the complete files and records in this action, and any additional material and arguments as may be considered in connection with the hearing.

The Motions are made following the conference of counsel pursuant to L.R. 7-3 which took place on July 21, 2025.

Dated: August 25, 2025

SIMPSON THACHER & BARTLETT LLP

By: */s/ Chet A. Kronenberg*
CHET A. KRONENBERG
ERICA SEDLER
DYLAN MEIER

Attorneys for Defendants THE PHOENIX INSURANCE COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY

Dated: August 25, 2025

HINSHAW & CULBERTSON LLP

By: */s/John DeLascio*
JOHN DELASICO (*ADMITTED PRO HAC VICE)*
DAVID T. HAYEK

Attorneys for Plaintiffs/Counterdefendants REGENT INSURANCE COMPANY and GENERAL CASUALTY COMPANY OF WISCONSIN

Dated: August 25, 2025

CLYDE & CO US LLP

By: */s/ Brian D. Harrison*
ALEX E. POTENTE
BRIAN D. HARRISON
DAVID M. RHODES

Attorneys for Third-Party Defendant NAVIGATORS INSURANCE COMPANY

Dated: August 25, 2025

RUGGERI PARKS WEINBERG LLP

By: */s/ Matthew J. Antonelli*
MATTHEW J. ANTONELLI

Attorney for Third-Party Defendant GREAT AMERICAN INSURANCE COMPANY

Dated: August 25, 2025

SELMAN LEICHENGER EDSON HSU NEWMAN & MORE LLP

By: */s/ Laura R. Ramos*
ELDON S. EDSON
LAURA R. RAMOS

Attorneys for Third-Party Defendant ZURICH AMERICAN INSURANCE COMPANY

Dated: August 25, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Matthew S. Foy*
MATTHEW S. FOY
ERIN B. NEWMAN

Attorneys for Third-Party Defendant NATIONAL SURETY CORPORATION