CHET A. KRONENBERG (SBN: 222335)
ckronenberg@stblaw.com
ERICA SEDLER (SBN 272250)
erica.sedler@stblaw.com
DYLAN MEIER (SBN: 334939)
dylan.meier@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

*Attorneys for Third-Party Defendants*
*The Phoenix Insurance Company and*
*Travelers Property Casualty Company of*
*America*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENT INSURANCE COMPANY, GENERAL CASUALTY COMPANY OF WISCONSIN,<br><br>Plaintiffs/ Counterclaim Defendants,<br><br>vs.<br><br>CAMBRIA ENTERPRISES, CAMBRIA ENTERPRISES LLC, CAMBRIA COMPANY LLC<br><br>Defendants / Counterclaim Plaintiffs.<br><br>CAMBRIA ENTERPRISES LLC and CAMBRIA COMPANY LLC,<br><br>Third-Party Plaintiffs<br><br>vs.<br><br>THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ZURICH AMERICAN INSURANCE COMPANY, NAVIGATORS INSURANCE COMPANY, NATIONAL SURETY CORPORATION, GREAT AMERICAN INSURANCE COMPANY<br><br>Third-Party Defendants. | Case No. 2:25-cv-04142-MRA-MAA<br><br>**JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF INSURERS' MOTIONS FOR JUDGMENT ON THE PLEADINGS [ECF No. 76]**<br><br>Judge:  Hon. Mónica Ramírez Almadani<br><br>Date:  October 20, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 9B<br><br>[Filed concurrently herewith: Insurers' Notice of Motions and Motions for Judgment on the Pleadings; Joint Memorandum in Support of Insurers' Motions for Judgment on the Pleadings; Joint Appendix in Support of Insurers' Motions for Judgment on the Pleadings; Insurers' Separate Memoranda; Insurers' Declarations; [Proposed] Order] |

**TO THE COURT AND TO ALL PARTIES APPEARING IN THIS ACTION**:

Plaintiffs and Counterclaim Defendants Regent Insurance Company and General Casualty Company of Wisconsin (together, "Plaintiff Insurers"), and Third-Party Defendants The Phoenix Insurance Company, Travelers Property Casualty Company Of America, Zurich American Insurance Company, Navigators Insurance Company, National Surety Corporation, and Great American Insurance Company ("Third-Party Defendant Insurers" and, together with Plaintiff Insurers, "Insurers") respectfully request that the Court take judicial notice of: (i) the certified and authenticated copies of the Insurers' insurance policies (the "Policies") that are the subject of the Third-Party Complaint and attached to Insurers' separately filed declarations incorporated herein in full by reference; (ii) the complaint filed in a related action pending in this Court, entitled *Pacific Shore Stones, LLC et al. v. Allied Property & Casualty Company, et. al.*, Case No. 2:25-cv-04370; and (iii) the complaints filed in the underlying lawsuits ("Silica Lawsuits") identified in Exhibit 1 to the First Amended Complaint ("FAC") of Plaintiffs Regent Insurance Company and General Casualty Company of Wisconsin (the "Plaintiff Insurers") (ECF No. 11-1) against Counterclaim Defendants Cambria Enterprises, Cambria Enterprises LLC, and Cambria Company LLC.

For the reasons set forth below, Insurers respectfully request that the Court take judicial notice of the below described documents:

## I. The Insurance Policies

Cambria Enterprises LLC and Cambria Company LLC seek declaratory relief concerning the availability of coverage for the Silica Lawsuits under the Policies referenced in their Third-Party Complaint against Third-Party Defendant Insurers, and alleges breach of contract and bad faith claims predicated on the existence of such coverage.  Because the Policies are specifically referenced in and form the basis of the Third-Party Complaint, and because Insurers have attached certified

copies of the Policies to sworn declarations which are incorporated as if stated in full herein, judicial notice is appropriate.

Under Federal Rule of Evidence 201, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201.

It is well settled that courts may take judicial notice of documents referenced and quoted from in a complaint. *See e.g.*, *Anderson v. Clow*, 89 F.3d 1399, 1405 n. 4 (9th Cir. 1996) ("Documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss."); *Quality Home Transp. v. Wilshire Ins. Co.*, 2020 U.S. Dist. LEXIS 163336, *2 n.1, *4 n.2 (C.D. Cal. May 15, 2020) (granting judicial notice of insurance policy and instructing that "[w]hen evaluating a Rule 12(c) motion a court may consider the pleadings, documents attached to the pleadings, documents incorporated by reference to the pleadings, and matters of judicial notice"); *Am. v. Zinszer*, 2010 U.S. Dist. LEXIS 157124, *7-8 (C.D. Cal. Dec. 6, 2010) (observing that on a Rule 12(b)(6) motion to dismiss, "a court may consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice"); *Hints v. Am. Fam. Life Assurance Co. of Columbus*, 2020 U.S. Dist. LEXIS 86079, *2 n.2, *6-7 (N.D. Cal. May 15, 2020) (granting judicial notice of insurance policy and explaining that "[i]n ruling on a motion for judgment on the pleadings, the Court may consider documents incorporated by reference in the pleadings and may properly look beyond the complaint to matters of public record that are judicially noticeable") (internal quotations omitted).

For this reason, this Court and other federal courts have repeatedly held that they make take judicial notice of insurance policies referenced but not attached to insureds' complaints against insurers. *See e.g.*, *Brookfield Prop. Grp., LLC v.*

- 3 -

*Liberty Mut. Fire Ins. Co.*, 679 F. Supp. 3d 971, 977-78 (C.D. Cal. 2023) (taking judicial notice of the terms of insurance policy where "[p]laintiffs refer to the [policy] throughout the complaint" and "the [policy] is central to [p]laintiffs' claims because [p]laintiffs base their breach of contract . . . and declaratory relief claims on the express terms of the insurance policy"); *Quality Home Transp.*, 2020 U.S. Dist. LEXIS 163336, at *2 n.1 (granting judicial notice "because the insurance policy is referenced throughout the Complaint and is incorporated by reference"); *Satvati v. Allstate Northbrook Indem. Co.*, 634 F. Supp. 3d 792, 796-97 (C.D. Cal. Oct. 6, 2022) (granting judicial notice "because [p]laintiffs' breach of contract claim necessarily relies on and does not dispute the [insurance] [p]olicy, the [a]mendment, and the [e]ndorsement"); *Pontier v. GEICO Ins.*, 775 F. Supp. 3d 1072, 1090 (S.D. Cal. 2025) ("although [p]laintiff did not attach the insurance policies to the FAC, the Court takes judicial notice of the [policies] because they form the basis of [p]laintiff's claims against Geico and are referenced extensively in the FAC"); *Enger v. Allstate Ins. Co*, 682 F. Supp. 2d 1094, 1096 (E.D. Cal. 2009) *aff'd*, 407 F.App'x 191 (9th Cir. 2010) (taking judicial notice of an insurance policy referenced in complaint); *Zaghi v. State Farm Gen. Ins. Co.*, 77 F. Supp. 3d 974, 977 (N.D. Cal. 2015) ("Because the complaint refers to the insurance policy at issue in this case, it is central to plaintiff's claim, and no party disputes its authenticity, the court takes judicial notice of that document.").

Accordingly, Insurers respectfully request that the Court take judicial notice of each Insurer's separately filed certified and authenticated copies of its respective policies at issue, which are attached to each Insurer's respective sworn declaration from a person with knowledge about the document verifying its authenticity.

## II.    *Pacific Shore Stones* Complaint

The Court may take judicial notice of the most recent complaint filed in a related action pending in this court, entitled *Pacific Shore Stones, LLC et al. v. Allied Property & Casualty Company, et. al.*, Case No. 2:25-cv-04370 ("*Pacific*

- 4 -

*Shore*").  A true and correct copy of the most recent complaint filed in *Pacific Shore* is attached hereto as **Exhibit 1**.  *See Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.") (internal quotations and citation omitted).

### III.  Complaints in Silica Lawsuits

The Court may and Insurers respectfully request that the Court take judicial notice of the complaints filed in the Silica Lawsuits referenced in Exhibit 1 to Plaintiff Insurers' FAC (ECF No. 11-1), attached hereto as **Exhibits 2-175**.  *See Trigueros*, 658 F.3d at 987 ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.") (internal quotations and citation omitted); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."); *Hashimi v. CACH, LLC*, 2012 U.S. Dist. LEXIS 118988, at *8 (S.D. Cal. Aug. 22, 2012) (taking judicial notice of the existence of state court action and claims made therein); *Wild Chang v. Farmers Ins. Co.*, 2023 U.S. Dist. LEXIS 120027, at *3 n. 2 (C.D. Cal July 12, 2023) (granting request for judicial notice of state court complaint).

The chart below lists each case name, case number, venue, and the corresponding exhibit number.  A true and correct copy of each Exhibit is attached hereto as **Exhibits 2-175**.

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 2 | *Cesar Manuel Gonzalez Quiroz v. American Marble & Onyx Company, Inc., et al.*, Case No. 24STCV01477 | Cal. Super. Ct. Los Angeles Co. | Third Amended Complaint |
| 3 | *Juan Francisco Abarca Vejar, et al. v. Antolini Luigi & C. S.P.A. et al.*, Case No. 30-2024-01447403-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 4 | *Fernando Abrego Perez v. All Natural Stone Berkeley, Inc.*, Case No. CGC-24-619192 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 5 | *Fernando Antonio Acevedo v. Angel of Stone, Inc., et al.*, 24STCV18847 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 6 | *Jose Guadalupe Aguayo Castanon, et al. v. Antolini Luigi & C. S.P.A., et al.*, Case No. 30-2024-01420443-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 7 | *Jesus Aguilar Salmeron v. AC Stone Group Pty Ltd., et al.*, Case No. CGC-24-614256 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 8 | *Andres Alatorre Medina, et al. v. Antolini Luigi & C.S.P.A., et al.*, Case No. 24STCV10216 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 9 | *Didier Francisco Alvarez Soto, et al. v. Angel of Stone, Inc., et al.*, Case No. 24STCV23021 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 10 | *Jose Anibal Bustillo v. Antolini Luigi & C. S.P.A., et al.*, Case No. CGC-24-614357 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 11 | *Wilmer Eliser Ayala Hernandez v. Architectural Surfaces Group, LLC, et al.*, Case No. 24STCV28216 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 12 | *Fernando Barajas-Salomon v. 101 Granite Countertop LLC, et al.*, Case No. 24STCV01615 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 13 | *Tomas Blanco Maciel v. ABBA Distributors, Inc., et al.*, Case No. 24STCV23289 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 14 | *Jacob Boulware v. ABC Tile, Inc., et al.*, Case No. CGC-24-614378 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 15 | *Mitchell D. Boulware v. ABC Tile, Inc., et al.*, Case No. CGC-24-619253 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 16 | *Vince Burns v. C & C North America, Inc., et al.*, Case No. 24000951CA | Fla. Cir. Ct. 14th Jud. Dist. Bay Co. | Complaint |

- 6 -

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 17 | *Fernando Bustos-Mondragon, et al. v. Antolini Luigi, et al.*, Case No. 23STCV01424 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 18 | *Martin Cardona-Alcaraz et al. v. Architectural Surfaces Group, LLC, et al.*, 24STCV23567 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 19 | *Aramis Miguel Carmona Garizao v. Aaroha Radiant Marble & Granite Slabs, et al.*, Case No. 30-2024-01443735-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 20 | *Hugo Casteneda Merida, et al. v. Agoura Marble, et al.*, Case No. 24STCV11894 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 21 | *David Olmedo Cruz v. A&A Granite & Quartz Countertops Inc, et al.*, Case No. 24STCV31227 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 22 | *Martin Angel De La Cruz Bazan, et al. v. Architectural Surfaces Group, LLC, et al.*, Case No. 24STCV24107 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 23 | *Guillermo Mora De Los Santos v. 1605578 Ontario Inc., et al.*, Case No. 30-2024-01392209-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 24 | *Jose Manuel Dominguez Vallejo v. AMG Stone Inc., et al.*, Case No. 30-2024-01412195-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 25 | *Mardoqueo Escobar Pineda v. Caesarstone USA, Inc., et al.*, Case No. 24STCV32214 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 26 | *Elio Enai Esquivel Rivera, et al., v. 405 Cabinets, Inc., et al.*, Case No. 30-2024-01413168-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 27 | *Jorge Estrella-Moreno, et al. v. All Natural Stone Burlingame, Inc., et al.,* Case No. CGC-23-605643 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 28 | *Charles Frank Evans v. 3CM Stone, Inc., et al.,* Case No. 24CV20629 | Or. Cir. Ct. Multnomah Co. | Second Amended Complaint |
| 29 | *Ernesto Figueroa, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 24STCV01658 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 30 | *Kristian Ricardo Figueroa Lopez, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. CGC-24-611712 | Cal. Super. Ct. San Francisco Co. | First Amended Complaint |
| 31 | *Angel Gallegos-Botello, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 23STCV06368 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 32 | *Raphel Garcia-Guerra, et al. v. Antolini Luigi & C. S.P.A,* Case No. CGC-23-611154 | Cal. Super. Ct. San Francisco Co. | First Amended Complaint |
| 33 | *Jesus Ruben Garcia Olvera, et al. v. Antolini Luigi & C. S.P.A., et al.,* Case No. 24STCV30982 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 34 | *Adan Garcia Ortiz, et al. v. All Natural Stone Burlingame Inc, et al.,* Case No. CGC-24-620023 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 35 | *Rodolfo Garcia-Rosas, et al. v. Architectural Surfaces, Inc., et al.,* Case No. 22STCV39957 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 36 | *Jesus Garcia Ruiz, et al. v. All Natural Stone Burlingame, Inc., et al.,* Case No. CGC-24-619264 | Cal. Super. Ct. San Francisco Co. | Complaint |

JOINT RJN IN SUPPORT OF INSURERS' MOTIONS FOR JUDGMENT ON THE PLEADINGS
No. 2:25-CV-04142-MRA-MAA

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 37 | *Julio Gomez Carrero v. Architectural Surfaces Group LLC, et al.,* Case No. 24STCV20969 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 38 | *Adan Gomez-Rivera v. ADB Global Trade LLC, et al.,* Case No. 23STCV01612 | Cal. Super. Ct. Los Angeles Co. | Second Amended Complaint |
| 39 | *Juan Rodrigo Gonzalez-Morin, et al. v. 101 Granite Countertop LLC, et al.,* Case No. 22STCV37000 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 40 | *Alberto Gonzalez-Quiroz, et al. v. Antolini Luigi & C.S.P.A., et al.,* Case No. 24STCV28180 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 41 | *Ana Gonzalez, et al. v. ABC Global Trade LLC, et al.,* Case No. 21STCV06984 | Cal. Super. Ct. Los Angeles Co. | Second Amended Complaint |
| 42 | *Alejandro Gonzalez-Castanon v. Alpha Tile and Stone, Inc., et al.,* Case No. 30-2024-01374472-CU-TT-CXC | Cal. Super. Ct. Orange Co. | First Amended Complaint |
| 43 | *Evelin Liseth Gonzalez Rodriguez, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 23STCV29755 | Cal. Super. Ct. Los Angeles Co. | Second Amended Complaint |
| 44 | *Dennis Alexis Guillen Guzman, et al. v. Angel of Stone, Inc., et al.,* Case No. 24STCV31995 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 45 | *Jose Gutierrez-Rivero v. Alicante Stone Inc., et al.,* Case No. 24STCV21794 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 46 | *Rodolfo Hernandez Herrera, et al. v. Alicante Surfaces Pvt. Ltd., et al.,* Case No. 24STCV26071 | Cal. Super. Ct. Los Angeles Co. | Complaint |

- 9 -

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 47 | *Tyler Jordan, et al. v. Arizona Tile, LLC, et al.,* Case No. 2024CV31180 | Col. Dist. Ct. Denver Co. | Complaint |
| 48 | *Antonio Lopez Castillo v. Alicante Stone Inc., et al.,* Case No. 24STCV17052 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 49 | *Mynor Lopez-Gonzalez, et al. v. Alpha Tile & Stone, Inc., et al.,* Case No. 30-2023-01316441-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 50 | *Claudia Yesenia Lopez Matias de Esquivel, et al. v. A&A Granite & Quarz Countertops Inc., et al.,* Case No. 30-2024-01435405-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 51 | *Demetrio Luna-Reyes, et al. v. Architectural Surfaces, Inc., et al.,* Case No. 23STCV00238 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 52 | *Jose Luis Luna Reyes v. Architectural Surfaces Group, LLC, et al.,* Case No. 24STCV29521 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 53 | *Jamie Blanco Maciel, et al. v. Alpha Tile and Stone Inc., et al.,* Case No. 23STCV12007 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 54 | *Arturo Luis Magaña Sanchez, et al. v. Antolini Luigi & C.S.P.A, et al.,* Case No. 24STCV28707 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 55 | *Jose Manuel Ruiz, et al. v. AC Stone Group PTY LTD, et al.,* Case No. 24STCV25424 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 56 | *Jonatan Manzano-Galindo, et al. v. AKG Trading (USA), Inc, et al.,* Case No. 24STCV33164 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 57 | *Ismael Manzano Chavarria v. Angel of Stone Inc., et al.,* Case No. 24STCV25222 | Cal. Super. Ct. Los Angeles Co. | Complaint |

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 58 | *Salvador Martinez, et al. v. 405 Cabinets, Inc., et al.,* Case No. 30-2023-01359754-CU-TT-CXC | Cal. Super. Ct. Orange Co. | First Amended Complaint |
| 59 | *Rodrigo Martinez, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 30-2024-01439717-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 60 | *Marlon Omar Martinez Avila, et al. v. Antolini Luigi & C. S.P.A., et al.,* Case No. 30-2024-01396482-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 61 | *Jose Luis Martir-Navarro, et al. v. Alpha Tile and Stone, Inc., et al.,* 30-2023-01370092-CU-TT-CXC | Cal. Super. Ct. Orange Co. | First Amended Complaint |
| 62 | *Martin Melendez-Murillo, et al. v. AKG Trading USA, Inc., et al.,* Case No. 23STCV08596 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 63 | *Edgar Andres Mendez Romero, et al. v. AC Stone Group PTY LTD., et al.,* 24STCV30872 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 64 | *Jose Israel Menera-Servin, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 24STCV05591 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 65 | *Arturo Montoya-Bautista, et al. v. Architectural Surfaces, Inc., et al.,* Case No. 23STCV11727 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 66 | *Hugo Montoya Bautista, et al. v. AMG Stone Inc., et al.,* Case No. 24STCV25416 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 67 | *Daniel Morales Aguilar v. Alicante Surfaces Pvt. Ltd., et al.,* Case No. 24STCV20124 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 68 | *Alejandro Morales Sanchez, et al. v. Angel of Stone, Inc., et al.,* Case No. 24STCV29059 | Cal. Super. Ct. Los Angeles Co. | Complaint |

- 11 -

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 69 | *Eligio Morales Sanchez, et al. v. Antolini Luigi & C. S.P.A, et al.,* Case No. 24STCV32207 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 70 | *William Moz-Murcia v. Architectural Surfaces, Inc., et al.,* Case No. 23STCV06384 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 71 | *Victor Murguia, et al. v. 3M Company, et al.,* Case No. CC-20-00515-B | Tex. Co. Ct. Dallas Co. | Complaint |
| 72 | *Domingo Ojeda-Alverdin, et al. v. Agoura Hills Marble and Granite, Inc., et al.,* Case No. 23STCV31679 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 73 | *Jeison Josue Ortega-Rabanales, et al. v. AKG Trading (USA), Inc., et al.,* Case No. 30-2023-01367289-CU-TT-CXC | Cal. Super. Ct. Orange Co. | First Amended Complaint |
| 74 | *Oscar Alvarado Ortiz v. Architectural Surfaces, Inc., et al.,* Case No. 23STCV06568 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 75 | *David Partidas Rivas, et al. v. Angel of Stone, Inc., et al.,* Case No. 24STCV26130 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 76 | *Luis Miguel Puentas Sanchez, et al. v. Aaroha Radiant Marble & Granite Slabs, et al.,* Case No. 24STCV18692 | Cal. Super. Ct. Orange Co. | First Amended Complaint |
| 77 | *Edgardo Ivan Quintanilla Turcios v. Alicante Surfaces Pvt., Ltd., et al.,* Case No. 24STCV25867 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 78 | *Lorenzo Quintero Ruiz v. Angel of Stone, Inc., et al.,* Case No. 24STCV24391 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 79 | *Pablo Antonio Rangel-Aguilar, et al. v. AMG Stone Inc., et al.,* Case No. 24STCV19194 | Cal. Super. Ct. Los Angeles Co. | Complaint |

JOINT RJN IN SUPPORT OF INSURERS' MOTIONS FOR JUDGMENT ON THE PLEADINGS
No. 2:25-CV-04142-MRA-MAA

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 80 | *Eleazar Resendiz Cortes, et al. v. Antolini Luigi & C.S.P.A., et al.,* Case No. 24STCV25458 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 81 | *Gerardo Reyes, et al. v. AMG Stone, Inc., et al.,* Case No. 24STCV24490 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 82 | *Bictor Reyes Anguiano v. Angel of Stone, Inc., et al.,* Case No. 30-2024-01436094-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 83 | *Eric Reyes-Barriga, et al.  v. Angel of Stone, Inc., et al.,* Case No. 24STCV25868 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 84 | *J. Guadalupe Reyes-Cuevas, et al., v. Alpha Tile & Stone, Inc., et al.,* Case No. 23STCV00260 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 85 | *Gustavo Reyes-Gonzalez v. Aaroha Radiant Marble & Granite Slabs, et al.,* Case No. 22STCV31907 | Cal. Super. Ct. Los Angeles Co. | Second Amended Complaint |
| 86 | *Gerinson Reyes Gonzalez, et al. v. Antolini Luigi & C. S.P.A., et al.,* Case No.  24STCV25604 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 87 | *Dannys Rene Rivas-Williams v. ACE Stone Fabricators, Inc., et al.,* Case No. 23STCV08523 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 88 | *Marvin Rivas-Williams v. Angel of Stone Inc., et al.,* Case No. 24STCV25592 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 89 | *Jose Luis Rosales Soria, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 24STCV22918 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 90 | *Uriel Salamanca Lopez, et al. v. All Natural Stone Burlingame, Inc., et al.,* Case No. CGC-24-619618 | Cal. Super. Ct. San Francisco Co. | Complaint |

- 13 -

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 91 | *Fernando Salmeron Reyes, et al. v. ASN Natural Stone, Inc., et al.,* Case No. CGC-24-617927 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 92 | *Fabiola Salmeron Reyes, et al. v. Integrated Resources Group, Inc., et al.,* Case No. CGC-24-617972 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 93 | *Esteban Samora Serrano v. Antolini Luigi & C. S.P.A., et al.,* Case No. CGC-24-614333 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 94 | *Juan Sanchez Diaz v. Aaroha Radiant Marble & Granite Slabs, et al.,* Case No. 24STCV21824 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 95 | *Jason Vincent Sanguinet v. Allied Marble & Granite Inc.,* Case No. 24-2-15366-7 SEA | Wash. Super. Ct. King Co. | Complaint |
| 96 | *Leobardo Segura-Meza, et al. v. AKG Trading (USA), Inc., et al.,* Case No. 22STCV38729 | Cal. Super. Ct. Los Angeles Co. | Fourth Amended Complaint |
| 97 | *Karapet Shlaryan v. Antolini Luigi & C. S.P.A., et al.,* Case No. 24STCV30826 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 98 | *Wendy Viridiana Solano-Claustro et al. v. ADB Global Trade, LLC, et al.,* Case No. 23STCV11602 | Cal. Super. Ct. Los Angeles Co. | Amended Complaint |
| 99 | *Jose Hernand Solares, et al. v. Aaroha Radiant Marble & Granite Slabs, et al.,* Case No. 30-2024-01436300-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 100 | *Javier Rojas Solorzano, et al. v. Anaheim Stone Works, Inc., et al.,* Case No. 24STCV28667 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 101 | *Rodolfo Sosa, et al. v. Angel of Stone, Inc., et al.,* Case No. 24STCV32291 | Cal. Super. Ct. Los Angeles Co. | Complaint |

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 102 | *Jose Guadalupe Soto-Rodriguez, et al. v. AKG Trading (USA), Inc., et al.,* Case No. 23STCV08440 | Cal. Super. Ct. Los Angeles Co. | Second Amended Complaint |
| 103 | *Olegario Torres Orozco, et al. v. Antolini Luigi & C.S.P.A., et al.,* Case No. 24STCV22677 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 104 | *Manuel De Jesus Turcios Arevalo, et al. v. Angel of Stone, Inc., et al.,* Case No. 24STCV33716 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 105 | *Fernando Valencia Cardenas, et al. v. All Natural Stone Burlingame, Inc., et al.,* Case No. CGC-24-615696 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 106 | *Abraham Vargas Manzano, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 24STCV25443 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 107 | *William Landa Verde v. Angel of Stone, Inc., et al.,* Case No. 24STCV19012 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 108 | *Jesus Zarate Perez, et al. v. Antolini Luigi & C. S.P.A., et al.,* Case No. 30-2024-01416500-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 109 | *Enrique Zarate Perez, et al. v. AC Stone Group Pty Ltd., et al.,* Case No. 30-2024-01423007 | Cal. Super. Ct. Orange Co. | Complaint |
| 110 | *Isaias Maldonado Garcia, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 24STCV33688 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 111 | *Filiberto Martinez Rodriguez, et al. v. AKG Trading (USA), Inc., et al.,* Case No. 25STCV00980 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 112 | *Eduardo Fuentes, et al. v. 3M Company, et al.,* Case No. A-25-909956-C | Nev. Dist. Ct. Clark Co. | Complaint |

JOINT RJN IN SUPPORT OF INSURERS' MOTIONS FOR JUDGMENT ON THE PLEADINGS
No. 2:25-CV-04142-MRA-MAA

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 113 | *Marco Vinicio Godinez Gomez, et al. v. Antolini Luigi & C. S.P.A., et al.*, Case No. 25STCV01095 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 114 | *Felipe Reyes, et al. v. Caesarstone Ltd., et al.*, Case No. 24STCV31319 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 115 | *Raul Ruiz Gutierrez, et al. v. Caesarstone Ltd., et al.*, Case No. 24STCV30963 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 116 | *Raul Alvarado, et al. v. Ceasarstone Ltd., et al.*, Case No.24STCV34734 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 117 | *Juan Manuel Sandoval v. Angel of Stone, Inc., et al.*, Case No. 25STCV03223 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 118 | *Rolando Sanchez Flores, et al. v. Antolini Luigi & C. S.P.A., et al.*, Case No. 25STCV02748 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 119 | *Andres Noe Meza, et al. v. Angel of Stone, Inc., et al.*, Case No. 25STCV03500 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 120 | *Esteban Hernandez Maravilla, et al. v. Architectural Surfaces Group, LLC, et al.*, Case No. 25STCV03837 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 121 | *Luis Alonso Turcios, et al. v. Angel of Stone, Inc., et al.*, Case No. 25STCV03744 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 122 | *Ricardo Manzano Gomez, et al. v. Architectural Surfaces Group, LLC, et al.*, Case No. 25STCV03892 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 123 | *Pedro Alamillo Santos, et al. v. A&A Granite & Quartz Countertops Inc., et al.*, Case No. 25STCV03306 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 124 | *Alejandro Vazquez, et al. v. Architectural Surfaces Group, LLC, et al.*, Case No. CGC-25-622389 | Cal. Super. Ct. San Francisco Co. | Complaint |

- 16 -

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 125 | *Jose Francisco Andrade Pena v. All Natural Stone Burlingame, Inc., et al.*, Case No. CGC-25-622393 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 126 | *Floriberto Vazquez, et al. v. Architectural Surfaces Group, LLC, et al.*, Case No. CGC-25-622320 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 127 | *Aldo Adrian Granados Castro, et al. v. All Natural Stone Berkeley Inc, et al.,* Case No. CGC-25-622365 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 128 | *Diego Granados Castro, et al. v. All Natural Stone Berkeley Inc, et al.,* Case No. CGC-25-622131 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 129 | *Jose Manuel Granados Castro, et al. v. All Natural Stone Berkeley, Inc., et al.,* Case No. CGC-25-622324 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 130 | *Manuel de Jesus Cadenas Turcios v. Alicante Stone Inc., et al.*, Case No. 25STCV03298 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 131 | *Jose Estudillo Urrutia, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 30-2025-01460607-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 132 | *Carlos Fernando Polanco Contreras v. Antolini Luigi & C.S.P.A, et al.*, Case No. 25STCV04011 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 133 | *Felipe Torres Hernandez v. Antolini Luigi & C. S.P.A., et al.,* Case No. 25STCV04195 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 134 | *Marco Antonio Bermudez Ruiz, et al. v. Angel of Stone, Inc., et al.,* Case No. 25STCV04297 | Cal. Super. Ct. Los Angeles Co. | Complaint |

JOINT RJN IN SUPPORT OF INSURERS' MOTIONS FOR JUDGMENT ON THE PLEADINGS
No. 2:25-CV-04142-MRA-MAA

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 135 | *Marvin Norberto Ipina Ramos, et al. v. Aaroha Radiant Marble & Granite Slabs, et al.,* Case No. 30-2025-01460497-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 136 | *Levi Dimas Gomez-Rodriguez v. AKG Trading (USA), Inc., et al.,* Case No. 25STCV04388 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 137 | *Raymundo Cruz Martinez v. Antolini Luigi & C. S.P.A, et al.,* Case No. 30-2025-01465671-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 138 | *Diego Magaña Caliz, et al. v. Angel of Stone, Inc. et al.*, Case No. 25STCV05573 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 139 | *Ricardo Manzano Galindo v. Angel of Stone, Inc., et al.,* Case No. 25STCV06635 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 140 | *Gerardo Ocampo Rodriquez, et al. v. Architectural Surfaces Group, LLC, et al.*, Case No. 25STCV07331 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 141 | *Jose Luis Aguilera Zurita v. All Architectural Stone Corporation, et al.,* Case No. CGC25622938 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 142 | *Juan Carlos De La Hoya Sanchez, et al. v. Caesarstone USA, Inc., et al.,* Case No. 25STCV07348 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 143 | *Joaquin Fernando Alvarado, et al. v. 405 Cabinets, Inc., et al.,* Case No. 30-2025-01460547-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 144 | *Pablo Figueroa Zamora v. All Natural Stone Burlingame, Inc., et al.*, Case No. CGC25622349 | Cal. Super. Ct. San Francisco Co. | Complaint |

- 18 -

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 145 | *Julio Mendez Reyes v. Angel of Stone, Inc., et al.,* Case No. 25STCV03340 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 146 | *Gerardo Ramirez, et al. v. Antolini Luigi & C. S.P.A., et al.,* Case No. 30-2024-01439369-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 147 | *Julian Zalmeron Reyes v. All Natural Stone Berkeley, Inc., et al.,* Case No. CGC25622444 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 148 | *Israel Dominguez Torres v. Caesarstone USA, Inc., et al.,* Case No. 25STCV07410 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 149 | *Gilberto Trujillo v. Caesarstone Ltd, et al.,* Case No. 25STCV07499 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 150 | *Manuel Gomez Lovo, et al. v. Caesarstone Ltd, et al.,* Case No. 24STCV07418 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 151 | *Vincente Sanchez Reyes, et al. v. Caesarstone Ltd, et al.,* Case No. 24STCV07360 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 152 | *Victor Torres Orozco, et al. v. Antolini Luigi & C. S.P.A., et al.,* Case No. 25STCV02326 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 153 | *Maria Estela Vazquez Ibarra, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 25STCV07802 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |
| 154 | *Maximo Sanchez-Flores, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 30-2025-01469111-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 155 | *Bautista Elisea Cortes, et al. v. Antolini Luigi & C.S.P.A., et al.,* Case No. 25STCV09524 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 156 | *David Fuentes-Montes v. Architectural Surfaces Group, LLC, et al.,* Case No. 25STCV09746 | Cal. Super. Ct. Los Angeles Co. | Complaint |

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 157 | *Rodolfo Figueroa, et al. v. Angel of Stone, Inc., et al.*, Case No. 25STCV09840 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 158 | Alejandro Contreras Lopez, et al. v. All Natural Stone Burlingame, Inc., et al., Case No. CGC-25-623664 | Cal. Super. Ct. San Francisco Co. | Complaint |
| 159 | *Crispin Jimenez Diaz v. Angel of Stone, Inc., et al.,* Case No. 30-2025-01467550-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 160 | *Victor Manuel Martinez Rios, et al. v. Aaroha Radiant Marble & Granite Slabs, et al.,* Case No. 30-2025-01467451-CU-TT-CXC | Cal. Super. Ct. Orange Co. | First Amended Complaint |
| 161 | *Matias Garcia Martinez, et al. v. Angel of Stone, Inc., et al.*, Case No. 25STCV09255 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 162 | *Enrique Gonzalez Ramirez, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 25STCV09431 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 163 | *Ricky Jose Trucios v. Angel of Stone, Inc., et al.*, Case No. 25STCV09641 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 164 | *Victor Carlos Ortiz Martinez, et al. v. Antolini Luigi & C.S.P.A., et al.,* Case No. 30-2025-01471589-CU-TT-CXC | Cal. Super. Ct. Orange Co. | Complaint |
| 165 | *Juan Lopez Gomez v. Angel of Stone, Inc., et al.,* Case No. 25STCV10354 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 166 | *John Luis Magdaleno, et al. v. All Natural Stone Berkeley, Inc., et al.,* Case No.25STCV10470 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 167 | *Esteban Chavez Ortiz, et al. v. Caesarstone Ltd, et al.,* Case No. 25STCV09815 | Cal. Super. Ct. Los Angeles Co. | First Amended Complaint |

JOINT RJN IN SUPPORT OF INSURERS' MOTIONS FOR JUDGMENT ON THE PLEADINGS
No. 2:25-Cv-04142-MRA-MAA

| Exhibit No. | Case Caption | Venue | Pleading |
|---|---|---|---|
| 168 | *Lucio Flores Ortega, et al. v. Caesarstone Ltd, et al.,* Case No. 25STCV09891 | Cal. Super. Ct. Los Angeles Co. | Amended Complaint |
| 169 | *Jorge Dominguez, et al. v. Angel of Stone, Inc., et al.,* Case No. 25STCV10770 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 170 | *Mauricio Antonio Portillo Luna v. Antolini Luigi & C.S.P.A., et al.,* Case No. 25STCV10733 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 171 | *Nicolas Torres Hernandez, et al. v. Antolini Luigi & C.S.P.A., et al.,* Case No. 25STCV09417 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 172 | *Arturo Diaz Vazquez, et al. v. American Quartz Max Corp, et al.,* Case No. 25STCV10688 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 173 | *Ricardo Nino Lopez, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. 25STCV11293 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 174 | *Mario Chagolla Andrade v. Architectural Surfaces Group, LLC, et al.,* Case No. 25STCV11410 | Cal. Super. Ct. Los Angeles Co. | Complaint |
| 175 | *Michael Mario Velasquez, et al. v. Architectural Surfaces Group, LLC, et al.,* Case No. CGC-25-624507 | Cal. Super. Ct. San Francisco Co. | Complaint |

Dated:  August 25, 2025

SIMPSON THACHER & BARTLETT LLP

By: */s/ Chet A. Kronenberg*
      CHET A. KRONENBERG
      ERICA SEDLER
      DYLAN MEIER

Attorneys for Defendants THE PHOENIX INSURANCE COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY

- 21 -

Dated: August 25, 2025      HINSHAW & CULBERTSON LLP

By:   */s/John DeLascio*
     JOHN DELASICO (*ADMITTED PRO HAC VICE*)
     DAVID T. HAYEK

Attorneys for Plaintiffs/Counterdefendants
REGENT INSURANCE COMPANY and
GENERAL CASUALTY COMPANY OF
WISCONSIN

Dated: August 25, 2025      CLYDE & CO US LLP

By:   */s/ Brian D. Harrison*
     ALEX E. POTENTE
     BRIAN D. HARRISON
     DAVID M. RHODES

Attorneys for Third-Party Defendant
NAVIGATORS INSURANCE COMPANY

Dated: August 25, 2025      RUGGERI PARKS WEINBERG LLP

By:   */s/ Matthew J. Antonelli*
     MATTHEW J. ANTONELLI

Attorney for Third-Party Defendant
GREAT AMERICAN INSURANCE
COMPANY

Dated: August 25, 2025      SELMAN LEICHENGER EDSON HSU
NEWMAN & MOORE LLP

By:   */s/ Laura R. Ramos*
     ELDON S. EDSON
     LAURA R. RAMOS

Attorneys for Third-Party Defendant
ZURICH AMERICAN INSURANCE
COMPANY

Dated:  August 25, 2025

GORDON REES SCULLY MANSUKHANI, LLP


By:  */s/ Matthew S. Foy*
MATTHEW S. FOY
ERIN B. NEWMAN

Attorneys for Third-Party Defendant
NATIONAL SURETY CORPORATION