Matthew J. Antonelli (Bar No. 343144)
RUGGERI PARKS WEINBERG LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel:   (415) 429-0998
Fax:   (202) 984-1401
mantonelli@ruggerilaw.com

*Counsel for Great American Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENT INSURANCE COMPANY, GENERAL CASUALTY COMPANY OF WISCONSIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CAMBRIA ENTERPRISES, CAMBRIA ENTERPRISES LLC, CAMBRIA COMPANY LLC <br><br> Defendants. | Case No. 2:25-cv-04142-MRA (MAAx) <br><br> **THIRD-PARTY DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER** |
| CAMBRIA ENTERPRISES LLC and CAMBRIA COMPANY LLC, <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> THE PHOENIX INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ZURICH AMERICAN INSURANCE COMPANY, NAVIGATORS INSURANCE COMPANY, NATIONAL SURETY CORPORATION, GREAT AMERICAN INSURANCE COMPANY, <br><br> Third-Party Defendants. | **Judge: Hon. Monica Ramirez Almadani** <br><br> Date:   July 14, 2026 <br> Time:   10:00 a.m. <br> Place:  Courtroom 9B <br><br> [Filed concurrently herewith: Memorandum in Support of Great American's Motion for Clarification or in the alternative, for Partial Reconsideration of the Court's Order; M. Antonelli Declaration; and [Proposed] Order] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on July 14, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Mónica Ramírez Almadani, United States District Judge, in the Ronald Reagan Federal Building, Courtroom 9B, located at 411 W. Fourth Street, Santa Ana, California 92701, Third-Party Defendant Great American Insurance Company ("Great American") will move this Court for an order clarifying the Court's Order Granting in Part and Denying in Part Defendants' Motion for Judgment on the Pleadings (ECF 119) with respect to the ruling as to Great American's Motion for Judgment on the Pleadings (ECF 81).

This motion is based upon the accompanying Memorandum filed in support hereof and is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 9, 2026.

Dated: April 14, 2026

RUGGERI PARKS WEINBERG LLP

*/s/ Matthew J. Antonelli*
Matthew J. Antonelli (Bar No. 343144)
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel:   (415) 429-0998
Fax:   (202) 984-1401
mantonelli@ruggerilaw.com

*Counsel for Great American Insurance Company*

-1-

2:25-cv-04142-MRA (MAAx)     NOTICE OF GREAT AMERICAN'S MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, FOR PARTIAL RECONSIDERATION